IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK


ORIGINAL

Christopher A. Henry

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Joseph Gubbay
Douglas B. Appel
Wayne C. Bodden

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

CV16-6120
Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes  ☐ No
*(check one)*

DeARCY HALL, J.
BLOOM, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV - 1 2016 ★
BROOKLYN OFFICE

"See attached"

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher A. Henry
Street Address: Mid-Hudson Forensic Center
City and County: New Hampton, Orange
State and Zip Code: NY 10958
Telephone Number: (7718) 501-7738
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Joseph Gubbay
Job or Title (if known): Judge
Street Address: 320 Jay Street
City and County: BKLYN, Kings
State and Zip Code: N.Y. 11201
Telephone Number: un
E-mail Address (if known): un

Defendant No. 2
Name: Douglas B. Appel
Job or Title (if known): Defense Attorney
Street Address: 16 Court Suite 2402
City and County: BKLYN Kings

2

State and Zip Code  N.Y 11241
Telephone Number  1917.476.1771
E-mail Address
(if known)

Defendant No. 3

Name  Wayne Charles Bodden.
Job or Title  Defense Attorney.
(if known)
Street Address  26 Court Street Suite 1815.
City and County  BKLYN, Kings.
State and Zip Code  N.Y 11242.
Telephone Number  1718.403.9655 - 1917.416.7028
E-mail Address  Wcb40@aol.com
(if known)

Defendant No. 4

Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

They breach my 3rd, 5th, 6th @ Amendment
• They are hiding under colour code of the State.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Being in custody 16 years all Feloneys dismissed. I want defendants stop practise I want $28-742. 947-247-862.

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Joseph Gubbay, Douglas B Appel and Wayne C. Bodden has me in DOC custody for ~~Sixteen (16)~~ 13 years Kings Supreme Court without a trial guranten me no liberty breach my 3rd, 5th 6th Amendment from 11-17-03 to 9-23-16.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendants have me in jail for thirteen (13) years without trial I suffer permanent trauma a broken arm in eight places lost wages. They are hiding under colour code of the state.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-25-, 2016

Signature of Plaintiff   C. [signature]
Printed Name of Plaintiff   Christopher A. Henry.

Claim(1) Page (one) 1.

Judge Joseph Gubbay, Douglas B. Appel and Wayne Charles Bodden Breach my third '3rd' Amendment for having me qurantene (detained) from 11-17-03 to 9-23-16, and still in custody.

Claim (2) two.

Judge Joseph Gubbay, Douglas B. Appel and Wayne Charles Badden, 'Breach my Fifth (5th) Amendment they deprive me liberty for thirteen years I've been locked up.

## Claim Three (3)

Judge Joseph Gubbay, Douglas B. Appel and Wayne C. Bodden breach my sixth (6th) Amendment.

They have me in jail for thirteen (13) years without a trial until all charges have being dismised and I'm still locked up.